# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

2019 ND 150

Michael Aaron Schatz,                                                                 Appellant

v.

North Dakota Department of Transportation,                            Appellee

No. 20190068

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Bruce A. Romanick, Judge.

AFFIRMED.

Per Curiam.

Danny L. Herbel, Bismarck, ND, for appellant; submitted on brief.

Michael T. Pitcher, Office of Attorney General, Bismarck, ND, for appellee; submitted on brief.

# Schatz v. N.D. Dep't of Transportation
## No. 20190068

**Per Curiam.**

[¶1]    Michael Schatz appeals from a district court judgment affirming a North Dakota Department of Transportation ("DOT") decision suspending his driving privileges. On August 25, 2018, Schatz was pulled over by an officer with the Bismarck Police Department and arrested for driving under the influence. Schatz was issued a temporary operator's permit, and the officer's "Report and Notice Form" was forwarded to the DOT. Schatz requested an administrative hearing. Following the hearing, the hearing officer issued findings of fact, conclusions of law, and decision suspending Schatz's driving privileges for 91 days. Schatz argues the Report and Notice form did not sufficiently articulate reasonable grounds to believe Schatz was driving under the influence. We summarily affirm under N.D.R.App.P. 35.1(a)(7). *See Sutton v. N.D. Dep't of Transp.*, 2019 ND 132, ¶ 8, 927 N.W.2d 93.

[¶2]    Gerald W. VandeWalle, C.J.
Jon J. Jensen
Lisa Fair McEvers
Daniel J. Crothers
Jerod E. Tufte